AO 246A (Rev. 7/04)

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

JUAN S. RODRIGUEZ

ORDER OF DISCHARGE
AND DISMISSAL/
EXPUNGEMENT

CASE NUMBER: 15-9317

## ORDER DISCHARGING DEFENDANT FROM PROBATION
## AND DISMISSING PROCEEDINGS

The supervising probation officer having reported that the defendant has complied with the conditions of probation, and having recommended that the defendant be discharged from probation at this time and that the proceedings be dismissed pursuant to 18 U.S.C. § 3607(a),

**IT IS SO ORDERED.**

6/14/17
_____
Date

_____
Signature of Judge
Honorable Anthony R. Mautone
United States Magistrate Judge

_____
Name and Title of Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER DIRECTING EXPUNGEMENT OF OFFICIAL RECORDS

It appearing that the defendant was less than twenty-one years of age at the time of the offense, IT IS ORDERED that all references to the defendant's arrest for the offense, the institution of criminal proceedings against the defendant, and the results thereof be expunged from all official records (except the nonpublic records to be retained by the Department of Justice pursuant to 18 U.S.C. § 3607(c)).

_____
Date

_____
Signature of Judge

_____
Name and Title of Judge